ORDERED.

Dated: April 21, 2025

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Primeland Real Estate Development, ) | Case No. 6:24-bk-04612-LVV |
| LLC aka Sycamore Orlando Resort, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING EXPEDITED MOTION TO
RESCHEDULE CONFIRMATION HEARING AND EXTENDING DEADLINES**

THIS CASE came before the Court without a hearing on the Expedited Motion to Reschedule Confirmation Hearing (Doc. No. 413 )("Motion") filed by debtor, Primeland Real Estate Development, LLC aka Sycamore Orlando Resort. After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED**:

1. The Motion (Doc. No. 413) is **GRANTED**.

2. All matters scheduled for hearing on April 24, 2025 at 10:00 a.m. are rescheduled for an evidentiary hearing on **May 6, 2025 at 3:15 p.m**. before the Honorable Lori V. Vaughan, United States Bankruptcy Judge in Courtroom C, Sixth Floor, of the United States Bankruptcy Court, 400 West Washington Street, Orlando, Florida 32801.

1

3.    The Order (I) Approving Amended Disclosure Statement, (II) Scheduling Evidentiary Hearing on Confirmation of Plan, (III) Setting Related Deadlines, and (IV) Setting Deadline for Filing Administrative Expense Applications ("Confirmation Hearing Order")(Doc. No. 392) is amended to provide an evidentiary hearing date of **May 6, 2025 at 3:15 p.m**. All deadlines provided in the Confirmation Hearing Order are extended consistent with this amendment.

4.    Unless modified by this Order, all other provisions in the Confirmation Hearing Order (Doc. No. 392) remain in effect.

Attorney Frank M. Wolff is directed to serve a copy of this order on interested non-CM/ECF users and file a proof of service within three (3) days of entry of the order.